1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  PEGGY SASSO, Bar #228906
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  PEDRO IRIZARRY

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           )
                                         )  NO. 6:11-MJ-00169 MJS
12 |               Plaintiff,            )
                                         )  STIPULATION TO CONTINUE STATUS
13 |        v.                           )  CONFERENCE HEARING; ORDER
                                         )
14 | PEDRO IRIZARRY,                     )  Date:  March 6, 2012
                                         )  Time:  1:30 p.m.
15 |               Defendant.            )  Judge: Hon. Michael J. Seng
   |_____)

16

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorneys, that the status conference hearing in the above-captioned matter now scheduled for February 22, 2012, **may be continued to March 6, 2012, at 1:30 p.m.**

This continuance is requested by defense counsel. On February 22, 2012, Defendant has several connecting flights, and defense counsel is concerned that he will not land in time to make a call to the Court to enter his change of plea. The government does not object to this request. The requested continuance will conserve time and resources for all parties and the court.

///
///
///
///
///

|  |  |
|---|---|
| | BENJAMIN B. WAGNER |
| | United States Attorney |
| DATED: February 16, 2012 | /s/ Susan St. Vincent |
| | SUSAN ST. VINCENT |
| | Acting Legal Officer |
| | National Park Service |
| | |
| | DANIEL J. BRODERICK |
| | Federal Defender |
| DATED: February 16, 2012 | /s/ Peggy Sasso |
| | PEGGY SASSO |
| | Assistant Federal Defender |
| | Attorney for Defendant |
| | Pedro Irizarry |

ORDER

The Court, having reviewed the above request for a continuance of the status conference currently set for February 22, 2012 until March 6, 2012, HEREBY ORDERS AS FOLLOWS:

The status conference in the above-entitled matter shall be continued to March 6, 2012 at 1:30 p.m., at the Yosemite Court.

IT IS SO ORDERED.

Dated: February 17, 2012         /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE

Irizarry - Stipulation to Continue
Status Conference and Order